UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                  CASE NO. 3:94-cr-10(S1)-J-21

**KENNETH GLOVER,**

_____/

**O R D E R**

Before the Court is the Defendant's Response to United States Opposition to Petitioner's Motion Pursuant to Rule 12(b)(2) F.R. Cr. P. (Dkt. 733). Apparently, the Defendant is filing a Response to this Court's Order of June 28, 2005 (Dkt. 730). Such a response is improper and should be stricken. Accordingly, the so-called response (Dkt. 733) is hereby stricken.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this __13th__ day of September, 2005.

JOHN H. MOORE II
United States District Judge

**Copies to:**     Counsel of Record
                         Defendant